**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| TIFFANY EVANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:18-cv-01978-AGF |
| | ) |
| ORTHOPEDIC ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Defendant's motion for a protective order relating to the medical condition of a non-party. ECF No. 11.

In her complaint, Plaintiff alleges that she was subjected to a hostile work environment when a co-worker with Tourette's syndrome repeatedly shouted racial slurs at her. Defendant submits that, as the co-worker is not a party to this lawsuit, it is unnecessary to identify her by name, and her privacy with respect to her medical condition should be protected. Plaintiff did not file any response in opposition to the motion, and the time to do so has passed.

For good cause shown,

**IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED**. ECF No. 11.

**IT IS FURTHER ORDERED** that Plaintiff's complaint and her memorandum in opposition to Defendant's motion for judgment on the pleadings shall be sealed. ECF Nos.

1 and 9.  Plaintiff shall, by August 2, 2019, file redacted versions of those documents using only the initials of the non-party in question.

**IT IS FURTHER ORDERED** that, in all future filings, the parties shall refer to the non-party only by initials.

                                                                            _____
                                                                            AUDREY G. FLEISSIG
                                                                            UNITED STATES DISTRICT JUDGE

Dated this 26th day of July, 2019.