**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| TIFFANY EVANS, ) | |
| ) | |
| Plaintiff, ) | Case No.  4:18-CV-01978 AGF |
| ) | |
| v. ) | |
| ) | |
| ORTHOPEDIC ASSOCIATES, LLC, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION FOR DISMISSAL**

Pursuant to the terms of a negotiated settlement, the Parties move the Court for an order dismissing Plaintiff's lawsuit with prejudice, with no costs or fees to be assessed to either party.

Respectfully Submitted,

Cyrus Dashtaki, #57606MO
Dashtaki Law Firm, LLC
5205 Hampton Avenue
St. Louis, MO 63109
Telephone:     (314) 932-7671
Facsimile:      (314) 932-7672
Email:            cyrus@dashtaki.com

/s/ Melvin D. Kennedy
Melvin D. Kennedy, #40430MO
Law Office of Melvin D. Kennedy, LLC
2001 S. Big Bend Blvd.
St. Louis, MO 63117
Telephone:  (314) 561-3241
Facsimile:  (314) 644-4303
Email:  Melvin.KennedyLLC@gmail.com

*Attorneys for Plaintiff*

BROWN & JAMES, P.C.
/s/ Elizabeth S. Silker_____
Steven H. Schwartz, #36436MO
sschwartz@bjpc.com
Elizabeth S. Silker, #57640MO
bsilker@bjpc.com
800 Market Street, 11th floor
St. Louis, Missouri 63101
314.421.3400
Fax: 314.421.3128

*Attorneys for Defendant*